September 28, 2007

Mr. Ryan D. Clinton
Office of the Attorney General
P. O. Box 12548(MC 059)
Austin, TX 78711-2548
Mr. John R. Lee
615 Main Street, Suite B
Gatesville, TX 76528

RE: Case Number: 05-0157
 Court of Appeals Number: 10-02-00317-CV
 Trial Court Number: COT-01-33440

Style: THE TEXAS PARKS AND WILDLIFE DEPARTMENT, DOUG HAMMIT, AND
 MARVIN C. WILLS, JR.
 v.
 E.E. LOWREY REALTY, LTD. D/B/A GATESVILLE STORAGE AND THE ESTATE OF
 E.E. LOWERY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Ms. Janice M. |
| |Gray |